1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIYAM AKMAL,<br><br>             Plaintiff,<br><br>       v.<br><br>CITY OF KENT, WASHINGTON, et al.,<br><br>             Defendants. | CASE NO. C13-0379JLR<br><br>ORDER |

     Before the court are Plaintiff Mariyam Akmal's motion to dismiss (Dkt. # 32), motion for leave to file & serve her first amended complaint on certain defendants (Dkt. # 28), praecipe for entry of default (Dkt. # 26), and affidavit regarding entry of default (Dkt. # 30). The court considers each of these filings in turn.

     First, the court GRANTS Ms. Akmal's motion to voluntarily dismiss Deputy Paul Aio and Deputy David McKenzie from these proceedings (Dkt. # 32). Ms. Akmal is

ORDER- 1

1  entitled to voluntarily dismiss defendants from the proceedings under Federal Rule of

2  Civil Procedure 41, and the court can discern no reason not to allow dismissal here.

3      Second, the court DENIES AS MOOT Ms. Akmal's motion to serve a copy of her

4  first amended complaint on Mr. Aio and Mr. McKenzie (Dkt. # 28).  These defendants

5  are now dismissed from this action, so this relief is no longer necessary or warranted.

6      Last, with respect to Ms. Akmal's default filings, the court finds that entry of

7  default is not appropriate at this time.  Entry of default is governed by Federal Rule of

8  Civil Procedure 55(a).  Rule 55(a) requires the clerk to enter default "[w]hen a party

9  against whom a judgment for affirmative relief is sought has failed to plead or otherwise

10  defend."  Fed. R. Civ. P. 55(a).  In order to obtain an entry of default, a party must

11  support its motion by affidavit "show[ing] that the defaulting party was served in a

12  manner authorized by Fed. R. Civ. P. 4."  Local Rules W.D. Wash. LCR 55(a).

13  Additionally, if a defaulting party has already entered an appearance, the moving party

14  must provide the defaulting party written notice of its intent to move for entry of default

15  at least 14 days prior to filing its motion.  *Id.*

16  //

17  //

18  //

19  //

20  //

21  //

22  //

ORDER- 2

Ms. Akmal has not complied with Local Rule LCR 55(a). She has not filed a proper motion for entry of default, only a preacipe and an affidavit requesting default. (*See* Dkt. ## 28, 32). More importantly, she has not provided 14 days written notice to Defendants prior to requesting default even though Defendants have appeared in this action (*see* Not. of Appearance (Dkt. # 19)). Accordingly, her request for entry of default is DENIED.

Dated this 2nd day of October, 2013.

JAMES L. ROBART
United States District Judge

ORDER- 3